UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George H. Pye, <br>       Plaintiff, <br><br> vs. <br><br> S.C.C.D.O.C., et al., <br>       Defendants. | ) <br> ) <br> ) Case Number: C 15-5768 VC (PR) <br> ) <br> ) ORDER APPOINTING COUNSEL <br> ) <br> ) <br> ) <br> ) |

    Because Gregory H Pye has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, John-Paul Deol and Pankit Doshi of Sheppard Mullin Richter & Hampton LLP are hereby appointed as counsel for Mr. Pye in this matter.

    The scope of this referral shall be for:

        X    all purposes for the duration of the case

        ☐    the limited purpose of representing the litigant in the course of

                ☐    mediation

                ☐    early neutral evaluation

                ☐    settlement conference

                ☐    briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
_____

                ☐    discovery as follows: _____

                ☐    other: _____

    All proceedings in this action are hereby stayed until four weeks from the date of this order. A case management conference is scheduled for April 5, 2016 at 1:30 p.m. A joint case management statement is due no later than March 29, 2016.

Counsels' contact information is: Pankit Doshi and John-Paul Deol, Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated:  March 4, 2016

VINCE CHHABRIA

United States District Judge

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES