UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. PYE,<br><br>    Plaintiff,<br><br>    v.<br><br>BENSON, et al.,<br><br>    Defendants. | Case No.  15-cv-05768-VC<br><br>**ORDER APPOINTING COUNSEL**<br><br>Re: Dkt. No. 21 |

Because George Pye has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Thomas Evans and Rachel Naor of Reed Smith LLP are hereby appointed as counsel for Mr. Pye in this matter.

The scope of this appointment shall be for:

(X)    all purposes for the duration of the case

( )    the limited purpose of representing the litigant in the course of

    ( )    mediation

    ( )    early neutral evaluation

    ( )    settlement conference

    ( )    briefing ( ) and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

_____

( )    discovery as follows: _____

_____

( )   other: _____

          _____

All proceedings in this action are hereby stayed until four weeks from the date of this order.  A case management conference is scheduled for May 17, 2016 at 1:30 p.m. A joint case management statement is due no later than May 10, 2016.

Counsels' contact information is: Thomas Evans and Rachel Naor, 101 2nd Street #1800, San Francisco, CA 94105. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: April 15, 2016

_____
VINCE CHHABRIA
United States District Judge