UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. PYE,<br><br>          Plaintiff,<br><br>    v.<br><br>BENSON, et al.,<br><br>          Defendants. | Case No. 15-cv-05768-VC<br><br>**ORDER DENYING PRO SE MOTION**<br><br>Re: Dkt. No. 23 |

      Plaintiff George H. Pye, who is currently represented by Rachel Adi Noor and Thomas A. Evans of Reed Smith, LLP, has filed a pro se motion for an order directing his current attorneys and his prior attorneys, John-Paul Sing Deol and Pankit J. Doshi of Shephard Mullin Richter & Hampton, LLP, to meet with Pye in person so that Pye can ensure his prior attorneys transfer all of his files to his new attorneys. Because Pye is currently represented by counsel, the Court will not entertain motions filed pro se. *See, e.g.*, *Mitchell v. Senkowski*, 489 F. Supp. 2d 147, 149 (N.D.N.Y. 2006). Additionally, the Court finds that the relief Pye seeks is unnecessary. The motion is therefore denied.

      **IT IS SO ORDERED.**

Dated: April 25, 2016

_____
VINCE CHHABRIA
United States District Judge