REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Thomas A. Evans (SBN 202841)
   Email: tevans@reedsmith.com
2  Rachel A. Naor (SBN 284966)
   Email: rnaor@reedsmith.com
3  REED SMITH LLP
   101 Second Street
4  Suite 1800
   San Francisco, CA  94105-3659
5  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
6
   Attorneys for Plaintiff George Pye
7

8
                  UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11

12  GEORGE PYE                              No. 15CV-05768 VC

13              Plaintiff,                  **STIPULATION AND [PROPOSED]
                                            ORDER TO CONTINUE CASE
14        vs.                               MANAGEMENT CONFERENCE BY ONE
                                            WEEK**
15  S.C.C.D.O.C. LAURIE SMITH, OFFICER
    BENSON, LUBRIN, ANY OTHER
16  PARTICIPANTS,                           Honorable Vince Chhabria

17              Defendants.                 Current CMC Date:  May 17, 2016
                                            Time:  1:30 PM
18                                          Courtroom:  4, 17th Floor

19

20

21

22

23

24

25

26

27

28

Case No. 15CV-05768 VC                – 1 –

1  Pursuant to Local Rules 7-12 and 16-2(e), counsel for the parties in this action hereby

2 stipulate to continue the Case Management Conference in this matter by one week, from May 17,

3 2016, to May 24, 2016.  Good cause exists for the requested continuance.  Thomas A. Evans, lead

4 counsel for Plaintiff, will be attending a conference out of state on May 17, and therefore cannot

5 attend the currently scheduled case management conference.  Due to this conflict, the parties have

6 conferred and agreed to request that this Court continue the Case Management Conference to May

7 24, 2016, so that Mr. Evans can be in attendance.  The parties further request that their joint Case

8 Management Conference statement be due one week prior to the May 24, 2016, conference, on May

9 17, 2016.

10

11  DATED:  May 2, 2016          REED SMITH LLP

12

13  By: /s/ Rachel A. Naor
          Thomas A. Evans
          Rachel A. Naor

14          Attorneys for Plaintiff George Pye

15

16  SANTA CLARA COUNTY COUNSEL

17

18  By: /s/ Stephen H. Schmid
          Orry P. Korb
          Stephen H. Schmid

19          Attorneys for Defendant Jonathan Benson

20 .

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

**FILER'S ATTESTATION**

2  I, Rachel A. Naor, am the ECF User whose identification and password are being used to file

3 this document.  I hereby attest that the concurrence to the filing of this document has been obtained

4 from each signatory hereto.

5  DATED:  May 2, 2016

6            REED SMITH LLP

7

8            By: /s/ Rachel A. Naor
               Rachel A. Naor

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 15CV-05768 VC     – 3 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

### [PROPOSED] ORDER

2      The Case Management Conference currently set for May 17, 2016, is hereby continued until

3  May 53, 2016, at 1:30 p.m.  The parties shall file a joint Case Management Conference statement by

4  May 46, 2016.

5      IT IS SO ORDERED.

6

7  Dated: May _3rd_, 2016                        _____

8                                                Honorable Vince Chhabria
                                                 United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 15CV-05768 VC                     – 4 –