UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. PYE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN BENSON, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-05768-VC<br><br>**ORDER GRANTING THE MOTION TO STAY**<br><br>Re: Dkt. No. 45 |

　　　　Deputy Lubrin's motion to stay the case is granted, in acknowledgment of the potential for the civil discovery available in this action to unfairly prejudice his criminal defense and the burden of participating in this case while his criminal proceedings are underway.  *See Keating v. Office of Thrift Supervision*, 45 F.3d 322, 324-25 (9th Cir. 1995); *Fed. Ins. Co. v. Laney*, No. 12-cv-04708-WHA, 2013 WL 594267, at *3 (N.D. Cal. Feb. 14, 2013).  This Order stays the case in full until the conclusion of Deputy Lubrin's criminal trial.

　　　　Notwithstanding the stay, Deputy Lubrin is ordered to review the documents collected by the County of Santa Clara, so that Santa Clara can produce them to the plaintiff by no later than Tuesday, November 15, 2016.  The parties are ordered to meet and confer over any disputes arising over these documents and, to the extent a resolution cannot be reached, file a discovery dispute letter in accordance with the Court's Civil Standing Order by Monday, November 14, 2016.

　　　　**IT IS SO ORDERED.**

Dated: November 10, 2016

_____
VINCE CHHABRIA
United States District Judge